# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA BORBOA,<br><br>                Plaintiff,<br><br>        v.<br><br>CARDINAL HEALTH 110, LLC, et al.,<br><br>                Defendants. | Case No.  1:25-cv-01461-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY MICHAEL R. MINGUET AND DIRECTING THE CLERK OF COURT TO TERMINATE MICHAEL R. MINGUET AS ATTORNEY OF RECORD<br><br>(ECF No. 11) |

On March 5, 2026, a notice of withdrawal of Michael R. Minguet as counsel for Defendant Cardinal Health 110, LLC was filed. (ECF No. 11.)  The Court observes that Lois M. Wilson Turner Kosmo LLP will continue to serve as counsel of record for Defendant.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Michael R. Minguet as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Michael R. Minguet as counsel of record for Defendant Cardinal Health 110, LLC.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1