# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA BORBOA,<br>Plaintiff,<br>v.<br>CARDINAL HEALTH 110, LLC, et al.,<br>Defendants. | Case No. 1:25-cv-01461-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 15) |

On August 17, 2026, the parties filed a stipulation dismissing this action with prejudice.[1] (ECF No. 15.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 18, 2026**



STANLEY A. BOONE
United States Magistrate Judge

[1] Although the parties identify Federal Rule of Civil Procedure 41(a)(2) as the basis for dismissal, they filed a joint stipulation signed by all who have appeared. Accordingly, the Court construes the stipulation as a dismissal pursuant to Rule 41(a)(1)(A)(ii).